## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| E. WRAY JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:23-cv-00980 |
| FIFTH THIRD BANK, N.A., | ) |
| Defendant. | ) |

### JOINT STATEMENT ON PROGRESS OF ARBITRATION

On November 2, 2023, this Court entered an order staying this action pending resolution of the arbitration. *See* Dkt. 12. Pursuant to the same order, the parties were obligated to initiate the arbitration demand to the AAA within 90 days of November 2, 2023, and to provide period status updates to the court after that.

The matter was submitted to AAA on or about November 8, 2023, and acknowledged by the AAA on November 23, 2023. On December 7, 2023, the AAA acknowledged the receipt of the matter and set the initial deadlines for the answer and Initial List of People (December 21, 2023).

Respectfully submitted,

| | |
|---|---|
| */s/ Robert C. Gill* | */s/ A. Hugo Blankingship, III* |
| Robert C. Gill (VSB #26266) | *- by permission -* |
| Saul Ewing LLP | A. Hugo Blankingship, III |
| 1919 Pennsylvania Avenue, NW, Suite 550 | Blankingship & Christiano, P.C. |
| Washington, D.C. 20006 | 11862 Sunrise Valley Drive, Suite 201 |
| Tel: (202) 295-6605 | Reston, VA 20191 |
| Fax: (202) 295-6705 | Tel.: (571) 313-0412 |
| robert.gill@saul.com | Fax: (571) 313-0582 |
| | hugo@blankingship.com |
| *Counsel for Defendant, Fifth Third Bank, National Association* | *Counsel for Plaintiff, E. Wray Johnson* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 15th day of December, 2023 a true copy of the foregoing **JOINT STATEMENT ON PROGRESS OF ARBITRATION** to the court was served through the Court's ECF system on the following:

                      A. Hugo Blanking ship, III
                      hugo@blankingship.com
                      Thomas B. Christiano
                      Blankingship & Christiano, P.C.
                      11862 Sunrise Valley Drive, Suite 201
                      Reston, VA 20191
                      Counsel for Plaintiff


                      */s/ Robert C. Gill*_____
                      Robert C. Gill (VSB #26266)
                      Saul Ewing LLP
                      1919 Pennsylvania Avenue, NW, Suite 550
                      Washington, D.C. 20006
                      Tel: (202) 295-6605
                      Fax: (202) 295-6705
                      robert.gill@saul.com

                      *Counsel for Defendant, Fifth Third Bank, National Association*