IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | | |
|---|---|---|
| E. WRAY JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO. 1:23-cv-00980 |
| FIFTH THIRD BANK, N.A. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff E. Wray Johnson and Defendant Fifth Third Bank, National Association, by and through their respective undersigned counsel, hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that this matter is hereby DISMISSED WITH PREJUDICE as settled and resolved. Each party shall bear its own costs and attorneys' fees.

Dated February 23, 2024.                                             Respectfully submitted:

*/s/ A. Hugo Blankingship, III - by permssion*            */s/ Robert C. Gill*
A. Hugo Blankingship, III                                                Robert C. Gill (VSB #26266)
Thomas B. Christiano, Esq.                                            Saul Ewing LLP
Blankingship & Christiano, P.C.                                     1919 Pennsylvania Avenue, NW, Suite 550
11862 Sunrise Valley Dr., Suite 201                              Washington, D.C. 20006
Reston, Virginia 20191                                                    Tel: (202) 295-6605
Tel.: (571) 313-0412                                                         Fax: (202) 295-6705
Fax: (571) 313-0582                                                         robert.gill@saul.com
hugo@blankingship.com

*Counsel for Plaintiff, E. Wray Johnson*                       *Counsel for Defendant, Fifth Third Bank, National Association*

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 23rd day of February 2024 a true copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** to the court was served through the Court's ECF system on the following:

A. Hugo Blanking ship, III
hugo@blankingship.com
Thomas B. Christiano
Blankingship & Christiano, P.C.
11862 Sunrise Valley Drive, Suite 201
Reston, VA 20191
Counsel for Plaintiff

                                            */s/ Robert C. Gill*
                                            Robert C. Gill

Case 1:23-cv-00980-PTG-IDD Document 14 Filed 02/23/24 Page 2 of 2 PageID# 60